

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DAVID BARRON, | § | No. 08-12-00184-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D01101) |
| | § | |

**O R D E R**

The Court has considered the Appellant's motion to file the reporter's record previously filed in a related case and concludes that the motion should be GRANTED. The reporter's record filed on November 9, 2012, in cause number 08-12-00245-CR, will be filed in the above styled and numbered cause.

IT IS SO ORDERED this 6th day of November, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.